# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SHARGOWI LNV,                          )
                                       )      CIVIL ACTION FILE NO.
    *Petitioner,*                      )      09-cv-745 (RCL)
v.                                     )
                                       )
BARACK H. OBAMA, et al.,               )
                                       )
    *Respondents.*                     )
                                       )

## ORDER

Upon consideration of the motion for admission of counsel *pro hac vice*, it is

hereby ordered that David M. Barnes is admitted *pro hac vice* for purposes of this

case.

IT IS SO ORDERED.

DATED: _7/19/13_          _____
                         UNITED STATES DISTRICT JUDGE